UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMEER SIRAJ MAURO BEY,

    Plaintiff,

                                  Case No. 1:25-cv-1537

v.

                                  HONORABLE PAUL L. MALONEY

SANTANDER CONSUMER USA, INC., et
al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on November 24, 2025.  Plaintiff filed an amended complaint on December 15, 2025.  On January 28, 2026, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 9) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might raise on appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  Accordingly, the Court certifies that an appeal would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated:  February 23, 2026                    /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge