UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SAMEER SIRAJ MAURO BEY,

     Plaintiff,

                         Case No.  1:25-cv-1537

v.

                         HONORABLE PAUL L. MALONEY

SANTANDER CONSUMER USA, INC., et
al.,

     Defendants.

_____/


**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  February 23, 2026                    /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge